**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ZENERGY INTERNATIONAL, INC. ET AL.,<br><br>    Defendants. | Civil Action No. 1:13-CV-5511 |

### MOTION FOR ENTRY OF A PERMANENT INJUNCTION AND OTHER RELIEF AGAINST DEFENDANTS SCOTT H. WILDING AND SKYLINE CAPITAL INVESTMENTS, INC.

Defendants Scott H. Wilding ("Wilding") and Skyline Capital Investments, Inc. ("Skyline Capital") agreed to settle this matter with the Securities and Exchange Commission ("SEC" or the "Commission") in part. Accordingly, the Commission respectfully moves this Court for entry of the proposed order attached as Exhibit 2 ("Proposed Order"). As reflected in Exhibit 1, Defendants Wilding and Skyline Capital consent to the entry of the Proposed Order. In support of the Motion, the SEC states as follows:

1. On August 1, 2013, the Commission filed a complaint against Defendants Zenergy International, Inc. ("Zenergy"), Bosko R. Gasich ("Gasich"), Robert J. Luiten ("Luiten"), Wilding, Skyline Capital, Diane D. Dalmy ("Dalmy"), Ronald Martino ("Martino") (collectively, "Defendants"), and Relief Defendant Market Ideas, Inc. ("Market Ideas") for violation of the federal securities laws.[1]

---

[1] The Commission simultaneously filed a parallel complaint against other defendants who are not a party to this action, including Nenad Jovanovich, Accelerated Innovations, LLC, Kymberly A. Nelson, Sky's the Limit Consulting, LLC, Javorka L. Gasic, Diana Bozovic, Dale J. Baeten, Investing in Stock Market,

1

2. In the Complaint, the Commission alleges that Defendants participated in a pump-and-dump scheme orchestrated by Defendant Gasich, one of the founders and principal shareholders of Defendant Zenergy. Defendant Zenergy is a company headquartered in Chicago, Illinois that purported to be in the business of selling and producing biofuels. Defendant Zenergy's stock is quoted on the over-the-counter market.

3. According to the Complaint, in June 2009, Defendant Gasich caused Defendant Zenergy to enter into a reverse merger with Paradigm Tactical Products, Inc. ("Paradigm"), a publicly traded shell entity. Shortly before the merger, Defendant Gasich prepared a backdated convertible note for a $30,000 debt purportedly owed to him by Defendant Zenergy. Paradigm agreed to assume this debt and to issue shares of its common stock to settle the debt as partial consideration for the reverse merger.

4. The Commission further alleges that Defendant Gasich then assigned this purported debt to his family and friends, Nenad Jovanovich, Kymberly A. Nelson, Javorka L. Gasic, and Diana Bozovic; stock promoters, including Defendant Wilding; associates of Paradigm; and counsel, Defendant Dalmy; and caused Paradigm to issue 300 million shares of purportedly unrestricted stock to these assignees.

5. In the Complaint, the Commission also alleges that Defendant Dalmy, who served as transaction counsel for the reverse merger and sold shares herself, issued opinion letters to transfer agents and others that improperly concluded that these shares were unrestricted and could be sold immediately.

---

Inc., Midwest Stock Consulting, Inc., Charles C. Bennett, George E. Bowker, III, and Vertical Group Holdings, LLC. SEC v. Jovanovich, No. 13-CV-5513 (N.D. Ill. filed Aug. 1, 2013). The defendants in the Commission's parallel complaint have agreed to settle the action against them in full.

6. The Commission further alleges that Defendant Gasich and the promoters then conducted two promotional campaigns to generate investor interest in Zenergy. The campaigns used misleading press releases and financial disclosures reviewed and approved by Defendant Gasich and Zenergy's Chief Executive Officer, Defendant Luiten, and touts by individuals who failed to disclose the compensation received for promoting Zenergy stock, including Dale J. Baeten, Charles C. Bennett, and George E. Bowker, III, and Defendant Martino. The promotional activity induced members of the investing public to buy Zenergy stock and increased Zenergy's share price.

7. According to the Complaint, Defendant Gasich, his assignees, and their associates then sold their shares into the public market for illicit profits totaling at least $4.4 million.

8. Finally, the Complaint alleges that Relief Defendant Market Ideas, an entity controlled by Gasich, and Vertical Group Holdings, LLC, received or benefited from the registration violations and fraudulent conduct described above and that the funds are the proceeds, or are traceable to the proceeds, of the unlawful activity alleged above.

9. As a result of the conduct described in the Complaint, the Commission alleges that Defendants Zenergy, Gasich, Wilding, Skyline Capital, and Dalmy violated Sections 5(a) and 5(c) of the Securities Act of 1933, 15 U.S.C. §§ 77e(a) and (c), and that Defendant Wilding violated a Commission cease-and-desist order previously issued against him.

10. The Commission further alleges that Defendant Zenergy violated Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a), and Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5, and that Defendants Gasich and Luiten also violated these provisions, or in the alternative, aided and abetted or are liable as control persons for Defendant Zenergy's violations of these provisions, 15 U.S.C. § 78t.

11.     In addition, the Commission alleges that Defendant Martino violated Section 17(b) of the Securities Act, 15 U.S.C. § 77q(b).

12.     The Commission also names Relief Defendant Market Ideas as a relief defendant.

13.     The Complaint seeks permanent injunctions, penny stock bars, and disgorgement and prejudgment interest against Defendants, civil penalties against all Defendants other than Defendant Zenergy, officer and director bars against Defendants Gasich and Luiten, and disgorgement and prejudgment interest against Relief Defendant Market Ideas.

14.     After the filing of the Complaint, Defendants Wilding and Skyline Capital agreed to resolve this matter with the SEC in part by consenting to the relief requested in the Proposed Order, attached as Exhibit 2.

15.     The Proposed Order permanently enjoins Defendants Wilding and Skyline Capital from violating Section 5 of the Securities Act and imposes a penny stock bar.  The Proposed Order also imposes on Defendants Wilding and Skyline Capital to pay, jointly and severally, disgorgement, prejudgment interest, and civil penalties, with the amount of disgorgement, prejudgment interest, and civil penalties to be determined by the court upon motion by the Commission.

16.     The entry of the Proposed Order obviates the need for a permanent injunction hearing and conserves judicial resources.

17.     As reflected in Exhibit 2, the Proposed Order has been reviewed by Defendants Wilding and Skyline Capital.

18.     Defendants Wilding and Skyline Capital waived service of a summons and the complaint in this action and admitted the Court's jurisdiction over them and over the subject matter of this action.  Ex. 1, Wilding Consent ¶ 1.

WHEREFORE, the SEC respectfully moves this Court to enter the Proposed Order as to Defendants Wilding and Skyline Capital.

Grant such other and further relief as the Court deems just and appropriate.

Dated: August 7, 2013            Respectfully submitted,

s/ Paul Helms

Daniel J. Hayes (hayesj@sec.gov)
John E. Birkenheier (berkenheierj@sec.gov)
Paul M. G. Helms (helmsp@sec.gov)
Kathryn A. Pyszka (pyszkak@sec.gov)
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

# **CERTIFICATE OF SERVICE**

Paul M. G. Helms, an attorney, hereby certifies that he will cause a copy of the foregoing Motion for Entry of a Permanent Injunction and Other Relief Against Defendants Wilding and Skyline Capital to be served upon:

| | |
|---|---|
| Zenergy International, Inc.<br>c/o National Registered Agents, Inc. of Nevada<br>311 South Division Street<br>Carson City, NV 89703 | Scott H. Wilding and Skyline Capital Investments, Inc.<br>Scott H. Wilding, President<br>2581 Lake View Court, Unit C<br>Cooper City, FL 33026 |
| Zenergy International, Inc.<br>Attn: Robert J. Luiten, CEO<br>4450 Copeland Island Road<br>Mobile, AL 36695 | Ronald Martino<br>227 Selma Street<br>Cranson, RI 02920 |
| Barbara Mallon, Esq.<br>Mallon & Johnson<br>33 North Dearborn Street, Suite 300<br>Chicago, IL 60602<br><br>*Attorney for Defendants Bosko R. Gasich and Market Ideas, Inc.* | Michael MacPhail, Esq.<br>Faegre Baker Daniels<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, Colorado 80203<br><br>*Attorney for Defendant Diane D. Dalmy* |
| Robert J. Luiten<br>4450 Copeland Island Road<br>Mobile, AL 36695 | |

by express United Parcel Service this 7th day of August 2013.

                                                       s/ Paul M. G. Helms

                                                   Daniel J. Hayes (hayesj@sec.gov)
                                                   John E. Birkenheier (berkenheierj@sec.gov)
                                                   Paul M. G. Helms (helmsp@sec.gov)
                                                   Kathryn A. Pyszka (pyszkak@sec.gov)
                                                   U.S. Securities and Exchange Commission
                                                   175 West Jackson Boulevard, Suite 900
                                                   Chicago, Illinois 60604
                                                   Telephone: (312) 353-7390
                                                   Facsimile: (312) 353-7398

                                                   *Attorneys for Plaintiff U.S. Securities and Exchange Commission*